NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHNNIE CALHOUN,                    )
                                    )
          Appellant,                )
                                    )
v.                                  )      Case No. 2D19-88
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
_____     )

Opinion filed September 18, 2020.

Appeal from the Circuit Court for
Manatee County; Charles Sniffen,
Judge.

Howard L. Dimmig, II, Public Defender,
and Joanna Beth Conner, Assistant
Public Defender, Bartow, for Appellant.

Johnnie Calhoun, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

          Affirmed.


NORTHCUTT, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.